■ In the Matter of the Accounting of MELVILLE KAHN, as Executor of WILLIAM KAHN, Deceased, Respondent. IDA KAHN, Appellant.— In a proceeding in the Surrogate's Court, Westchester County, by a legatee to compel an executor to account, the answer alleges defenses of payment, release, and the Statute of Limitations and the reply alleges that the release was obtained by fraud. The appeal is from an order dismissing the petition on the merits after trial. Order affirmed, with costs to respondent, payable out of the estate. No opinion. Wenzel, Acting P. J., Ughetta and Hallinan, JJ., concur; Beldock, J., dissents and votes to reverse the order and to grant the petition on the ground that the learned Surrogate's determination is against the weight of the credible evidence.

■ In the Matter of JOSEPH LACY, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Proceeding under article 78 of the Civil Practice Act to review a determination revoking the chauffeur's license of petitioner for gross negligence in the operation of a motor vehicle (Vehicle and Traffic Law, § 71, subd. 3, par. [e]). The proceeding has been transferred to this court (Civ. Prac. Act, § 1296). Determination unanimously confirmed, without costs. No opinion. Present— Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.

■ BERNARD R. LIEBERMAN, Respondent, v. BERNARD STEIN, Appellant.— In an action on contract to recover liquidated damages, the appeal is from so much of an order as denies a motion for summary judgment dismissing the complaint. Order insofar as appealed from affirmed, with $10 costs and disbursements. The making of the demand on the surety company on February 21, 1955 and appellant's failure to pay the money into court until on or about April 4, 1955 are conceded. The tender and the payment into court constitute an affirmative defense which should have been pleaded to render evidence thereof admissible (Civ. Prac. Act, § 174-a). Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESTER DANCY, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant of manslaughter in the first degree, from the sentence imposed, and from each and every intermediate order therein made. Judgment affirmed. No opinion. No separate appeal lies from the sentence or from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Wenzel, Acting P. J., Beldock, Ughetta and Kleinfeld, JJ., concur; Murphy, J., dissents and votes to reverse the judgment and to dismiss the indictment on the ground that the circumstantial proof here adduced fails to establish appellant's guilt beyond a reasonable doubt.

■ SIDNEY H. STARBUCK, Respondent, v. FREDERIC C. COLLIN, Appellant.— In an action to recover damages for breach of contract the appeal is from a judgment in favor of respondent rendered after trial before an Official Referee. Judgment unanimously affirmed, with costs. No opinion. Present— Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. [See *post*, p. 973.]